IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03337-LTB

CHARLES J. MARTINEZ,

    Plaintiff,

v.

DENVER SHERIFF DEPARTMENT - HEALTH SERVICES,
DR. JOHN GARRETT,
DENVER SHERIFF, and
OFFICER TOMSICK,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 18, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 18th day of April, 2014.

                  FOR THE COURT,

                  JEFFREY P. COLWELL, Clerk

                  By: s/K Lyons
                       Deputy Clerk